W. L. S. OLIVER, Appellant, v. RILEY, SIMMONS & COMPANY.

*Appeal from Clarke District Court.*—HON. H. M. TOWNER, Judge.

TUESDAY, OCTOBER 9, 1894.

*John Chaney* for appellant.

No appearance for appellees.

ROBINSON, J.—This cause was submitted with that of *Oliver v. Riley,* (decided at the present term of this court) 60 N. W. Rep. 180, upon the same argument. The controlling facts in the two cases are the same. Following the decision in the other case, the judgment of the district court in this case is REVERSED.